IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**MICHAEL PEAVY,**

    *Plaintiff*,

v.                                                Case No.: 3:25cv343-MW/HTC

**CORPORATION OF THE
UNITED OF AMERICA,**

    *Defendant.*

_____/

### ORDER ACCEPTING AND ADOPTING
### REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. Accordingly, upon consideration, no objections having been filed by the parties,

    **IT IS ORDERED:**

The report and recommendation, ECF No. 7, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** for lack of subject matter jurisdiction and as frivolous under 28 U.S.C. §§ 1915A(b), 1915(e)(2)(B)." The Clerk shall close the file.

    **SO ORDERED on May 5, 2025.**

                                                      s/Mark E. Walker                
                                                      **Chief United States District Judge**